**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID M. OBERTHALER,** | : | **CASE NO.:  5:08CV1613** |
| | : | |
| Plaintiff, | : | **JUDGE SARA LIOI** |
| | : | |
| v. | : | |
| | : | **DEFENDANT, STOKES STEEL** |
| **AMERISTEP CORPORATION, et. al.,** | : | **TREATING'S MOTION FOR** |
| | : | **CONFIDENTIAL DISCLOSURE OF** |
| Defendants. | : | **SETTLEMENT AMOUNTS** |
| | : | |
| | : | |

Now come the duly captioned Defendant in the within proceeding, Stokes Steel Treating, by and through its counsel, Harry A. Tipping and Brian J. Seitz of the firm Stark & Knoll Co., L.P.A., and in accordance with the Federal Rules of Procedure and the Local Rules of this Court, respectfully moves this Court for an Order permitting the Plaintiff and his counsel to reveal in a confidential fashion to Stokes Steel Treating and its counsel the amount of settlement received from the settling Defendants in the within proceeding (i.e. Ameristep, Gander and Hindley Manufacturing) which occurred per Plaintiff's Status Report on March 9, 2010.

Movant furthermore says the information sought herein will not be revealed in any fashion or degree to any news media, third party or the public at large and requires said information in order to totally and completely evaluate and consider its posture and position pertaining to the ultimate settlement of this case if that is able to be reached.

Respectfully submitted,


   /s/ Harry A. Tipping_____
HARRY A. TIPPING (0011206)
BRIAN J. SEITZ (0076634)
STARK & KNOLL CO., LPA
Attorneys for Defendant, Stokes Steel Treating
3475 Ridgewood Road
Akron, OH 44333-3163
Phone:  330-376-3300 / Fax:  330-376-6237
htipping@stark-knoll.com
bseitz@stark-knoll.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing *Defendant, Stokes Steel Treating's Motion for Confidential Disclosure of Settlement Amounts,* was electronically filed via this Court's ECF electronic filing server and was served by notification this 11th day of March, 2010 via the Court's electronic notification system upon the following parties:

| | |
|---|---|
| David M. Paris, Esq.<br>Ellen M. McCarthy, Esq.<br>Nurenberg, Paris, Heller & McCarthy<br>1370 Ontario Street, Suite100<br>Cleveland, Ohio 44113<br>*Counsel for Plaintiff* | Thomas S. Mazanec, Esq.<br>Elaine TSO, Esq.<br>Mazanec, Raskin, Ryder & Keller Co., L.P.A.<br>100 Franklin's Row<br>34305 Solon Road<br>Cleveland, Ohio 44139<br>*Counsel for Defendant, Hindley Manufacturing Co., Inc.* |
| Mark A. Greer, Esq.<br>Michael J. Pike, Esq.<br>Gallagher Sharp<br>Sixth Floor Bulkley Building<br>1501 Euclid Avenue<br>Cleveland, Ohio 44115<br>*Counsel for Defendant, Mid-State Plating Company* | Daniel R. Haude, Esq.<br>Reminger Co., L.P.A.<br>101 Prospect Avenue, West, Suite 1400<br>Cleveland, Ohio 44115<br>*Counsel for Defendant, Ameristep Corp. and Gander Mountain* |

          /s/ Harry A. Tipping_____
HARRY A. TIPPING (0011206)
BRIAN J. SEITZ (0076634)
STARK & KNOLL CO., LPA
Attorneys for Defendant, Stokes Steel Treating